IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER W. CONNELL,

       Petitioner,                    No. CIV S-11-1884 DAD P

    vs.

SUSAN HUBBARD, Warden,

       Respondent.                 <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a complete application to proceed in forma pauperis. Petitioner will be provided the opportunity to either submit a properly completed and signed request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's application to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

        2. Petitioner shall submit, within thirty days from the date of this order, a properly completed and signed affidavit in support of his request to proceed in forma pauperis or the

/////

1

appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

    3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: July 21, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
conn1884.101a